No. 03–641.  REGAL CINEMAS, INC., ET AL. *v.* STEWMON ET AL. C. A. 9th Cir.  Certiorari denied.

No. 03–786.  WILLIAMS *v.* BENICORP INSURANCE CO.  C. A. 11th Cir.  Certiorari denied.

No. 03–1131.  CINEMARK USA, INC. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–1266.  LATON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–1313.  DAVIS, AS GUARDIAN AND NEXT FRIEND FOR DAVIS, ET AL. *v.* UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–1339.  UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY ET AL. *v.* CORRIGAN, ACTING INSPECTOR GENERAL, DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 03–1342.  DAIMLERCHRYSLER CORP. *v.* YSBRAND ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED.  Sup. Ct. Okla.  Certiorari denied.

No. 03–1347.  ORLOFF *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 03–1359.  MITCHELL *v.* CHAPMAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–1369.  BAKER ET AL. *v.* SUNNY CHEVROLET, INC., DBA WAYLAND CHEVROLET.  C. A. 6th Cir.  Certiorari denied.

No. 03–1430.  SIBLEY *v.* SIBLEY.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 03–1455.  SAPPINGTON, JUDGE, CIRCUIT COURT OF MACON COUNTY, ILLINOIS *v.* ROBINSON.  C. A. 7th Cir.  Certiorari denied.

No. 03–1462.  EGBUNE *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.